UNITED STATES of America,
Plaintiff–Appellee

v.

Alberto RODRIGUEZ–CAMPOS,
Defendant–Appellant.

No. 07–11165
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

June 4, 2008.

Denise B. Williams, U.S. Attorney's Office Northern District, Lubbock, TX, for Plaintiff-Appellee.

Sherylynn Ann Kime-Goodwin, Assistant Federal Public Defender, Federal Public Defender's Office Northern District, Lubbock, TX, for Defendant-Appellant.

Before KING, HIGGINBOTHAM, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Alberto Rodriguez–Campos raises arguments that are foreclosed by *Almendarez–Torres v. United States*, 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. *United States v. Pineda–Arrellano*, 492 F.3d 624, 625 (5th Cir.2007), *cert. denied,* —— U.S. ——, 128 S.Ct. 872, 169 L.Ed.2d 737 (2008). The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.